# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA BARRETT,<br><br>    Plaintiff,<br><br>v.<br><br>SALONCENTRIC, INC.; and DOES 1 THROUGH 25, inclusive,<br><br>    Defendants. | Case No. 2:17-CV-04854-E<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(ii)<br><br>State Action Filed: April 17, 2017<br>Action Removed: June 30, 2017 |

GOOD CAUSE appearing therefore, IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1). Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: 6/25/18

HONORABLE CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

Firmwide:154140008.1 054993.1097